IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| KRISTINE M. COLLINS, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No.: 7:10-cv-37-O-KA | |
| § | | |
| MICHAEL J. ASTRUE § | | |
| COMMISSIONER OF SOCIAL § | | |
| SECURITY ADMINISTRATION, § | | |
| Defendant. § | | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 18), filed September 29, 2010. No objections have been made, and the District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is REVERSED and this action is REMANDED for further proceedings.

**SO ORDERED** on this **18th** day of **October, 2010.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**